IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SANTA FE PROPERTIES, INC.,

        Plaintiff,

vs.                              No. CIV-04-0518 JB/DJS

FRENCH & FRENCH FINE PROPERTIES, INC.
et al.,

        Defendants.

**NOTICE OF SATISFACTION OF ORDER AWARDING ATTORNEYS' FEES**

Santa Fe Properties, Inc., by and through its counsel of record, Rodey, Dickason, Sloan, Akin & Robb, P.A., hereby acknowledges receipt of $25,646.53 in full satisfaction of the award of attorneys' fees and costs in the Court's October 2, 2006 Memorandum Opinion and Order.

        Respectfully submitted,

        RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

        By_____
          DeWitt M. Morgan
          William G. Gilchrist
        Attorneys for Plaintiff
        Post Office Box 1888
        Albuquerque, NM  87103
        Telephone:  (505) 765-5900
        Facsimile:  (505) 768-7395

2

## CERTIFICATE OF SERVICE

    It is hereby certified that a true and correct copy of the foregoing was mailed by U.S. mail to Peacock, Myers & Adams (Deborah Peacock), counsel for Defendant French & French Fine Properties, Inc., at P.O. Box 26927, Albuquerque, NM 87125-6927 and to Robert O'Connor, c/o Patricia G. French, 231 Washington Ave., Santa Fe, NM 87501 on this 26th day of December, 2006.

                                                                                             _____
                                                                                             William G. Gilchrist